(*c*) See *Coats* v. *Holbrook*, (2 *Sand. Ch. Rep.* 586;) cases referred to in note, (*Id.* 599;) and *Spottiswoode* v. *Clarke*, (*Id.* 628.) See also *Snowden* v. *Noah*, *Hopk. Ch. Rep.* 347;) *Bell* v. *Locke*, (8 *Paige*, 75;) *Seely* v. *Fisher*, (11 *Sim.* 581;) and *Motley* v. *Downman*, (3 *My. & Craig*, 1.)

## Spear *vs.* Tinkham.

Vice chancellors have no jurisdiction to hear appeals from surrogates, in any case. And an order of the chancellor, referring an appeal of that nature to a vice chancellor, will not confer any jurisdiction upon the latter.

---

Whitbeck  *v.* Edgar.

---

THIS was an appeal to the chancellor from a decree of the surrogate of the county of Ontario. And was placed upon the calendar, in the fourth class, to be argued ex parte.

*J. Rhoades,* for appellant, moved that the appeal be referred to the vice chancellor of the 7th circuit for hearing and decision. He insisted that 2 *R. S.* 98, §§ 6, 7, authorized a reference, in a case of this kind.

The CHANCELLOR said the vice chancellor had no jurisdiction to hear appeals from surrogates, in any case, under the provisions of the revised statutes. And that an order of the chancellor, referring an appeal of that nature to a vice chancellor, would not confer any jurisdiction upon the latter.

Motion denied.